```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>The Robert and Rita Delue<br>Family Limited Partnership,<br><br>　　　　Defendant | Case No. **2:11-cv-00482-JAM-DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 22, 2011 FOR DEFENDANT THE ROBERT AND RITA DELUE FAMILY LIMITED PARTNERSHIP TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, The Robert and Rita Delue Family Limited Partnership, by and through their respective attorneys of record, Scott N. Johnson; Erik P. Khoobyarian, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. No extension of time has been previously obtained.
2. Defendant The Robert and Rita Delue Family Limited Partnership is granted an extension until July 22, 2011 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendant The Robert and Rita Delue Family Limited Partnership response will be due no later than July 22, 2011.

IT IS SO STIPULATED effective as of July 11, 2011

Dated: July 11, 2011          /s/Erik P. Khoobyarian__
                              Erik P. Khoobyarian,
                              Attorney for Defendant
                              The Robert and Rita
                              Delue Family Limited
                              Partnership


Dated: July 11, 2011          /s/Scott N. Johnson ____
                              Scott N. Johnson,
                              Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1 **IT IS SO ORDERED:** that Defendant The Robert and Rita Delue Family Limited Partnership shall have until July 22, 2011 to respond to complaint.

Dated: 7/11/11                    /s/ John A. Mendez_____
                                  United States District Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com