SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Robert and Rita Delue Family Limited Partnership,<br><br>        Defendant | Case No. **2:11-cv-00482-JAM-CKD**<br><br>~~PROPOSED~~ **ORDER RE: STIPULATION FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS** |

**ORDER**

    IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than October 27, 2011.

Date: October 7, 2011.

                    /s/ John A. Mendez
                    Judge of the United States District Court

1