SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-00482-JAM-CKD** |
| Plaintiff, | **ORDER RE: STIPULATION FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| vs. | |
| Robert and Rita Delue Family Limited Partnership, | |
| Defendant | |

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than November 16, 2011.

Date:  10/28/2011

/s/ John A. Mendez
U. S. District Court Judge

PROPOSED ORDER RE STIPULATION FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-11-cv-00482-JAM-CKD- 1

PDF created with pdfFactory trial version www.pdffactory.com